**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:14-cv-02612-JLK

LEAH TURNER, ARACELI GUTIERREZ, MARKEITTA FORD,
JOLESSA WADE, DANYA GRANADO, BRETT CHARLES, and
RUBY TSAO

individually and on behalf of others
similarly situated,

Plaintiffs,

v.

CHIPOTLE MEXICAN GRILL, INC.,

Defendant.

## PLAINTIFFS' NOTICE OF FILING CONSENT TO JOIN FORMS

Plaintiffs, by and through undersigned counsel, submit this Notice of Filing Consent to Join Forms.  Pursuant to this Court's Order entered July 21, 2016, finding this process compliant with 29 U.S.C. § 216(b) (Doc. 112), attached is a spreadsheet listing the names of the Consent to Join Forms received subsequent to the filing of Doc. 113 on July 21, 2016.

DATED this July 29, 2016.

Respectfully Submitted,

*/s/ Andrew C. Quisenberry*
Darin L Schanker
Andrew C. Quisenberry
BACHUS & SCHANKER, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Tel: 303.893.9800
Fax: 303.893.9900
dschanker@coloradolaw.net
andrew.quisenberry@coloradolaw.net

Kent Williams
WILLIAMS LAW FIRM
1632 Homestead Trail
Long Lake, MN 55356
Tel: 612.940.4452
williamslawmn@gmail.com

Adam S. Levy
LAW OFFICE OF ADAM S. LEVY, LLC
P.O. Box 88
Oreland, PA 19075
Tel: 267.994.6952
Fax: 215.233.2992
adamslevy@comcast.net

Thomas M. Hnasko
Michael E. Jacobs
Loren S. Foy
HINKLE SHANOR LLP
P.O. Box 2068
Sante Fe, NM 87504
Tel: 505.982.4554
Fax: 505.982.8623
thnasko@hinklelawfirm.com
mjacobs@hinklelawfirm.com
lfoy@hinklelawfirm.com

2

        Kevin E. Giebel
        Giebel and Associates, LLC
        P.O. Box 414
        Lake Elmo, MN 55402
        Tel: 651.236.0729
        kgiebel@ggwklaw.com

        Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

        I hereby certify that on July 29, 2016, I electronically filed and served the foregoing **PLAINTIFFS' NOTICE OF FILING CONSENT TO JOIN FORMS** via the CM/ECF system, which will send notification of such filing to all counsel of record:

    John K. Shunk
    Allison J. Dodd
    Adam M. Royval
    Louis M. Grossman
    MESSNER REEVES LLP
    1430 Wynkoop Street, Suite 300
    Denver, Colorado 80202
    Telephone: (303) 623-1800
    jshunk@messner.com
    adodd@messner.com
    aroyval@messner.com
    lgrossman@messner.com

    Richard J. Simmons (*pro hac vice*)
    SHEPPARD MULLIN RICHTER &
    HAMPTON LLP
    333 South Hope Street
    Forty-Third Floor
    Los Angeles, CA 90071
    rsimmons@sheppardmullin.com

    Attorneys for Defendant

        */s/ Andrew C. Quisenberry*
        Andrew C. Quisenberry

3