CONFIDENTIAL



*Turner v. Chipotle Mexican Grill, Inc.*
Consent Forms Received - July 20 - July 27, 2016

| Consent Form ID | Date Received | First Name | Middle Name | Last Name | Care of Name |
|---|---|---|---|---|---|
| 8413 | 7/26/2016 | CATRINA | | SOURISAK | |
| 15442 | 7/27/2016 | MARK | | BUTLER JR | |
| 15660 | 7/21/2016 | KELLY | VON | BARGEN | |
| 19307 | 7/22/2016 | JUSTIN | | GOMEZ | |
| 74781 | 7/26/2016 | RIYANNA | | RAY | |
| 86650 | 7/27/2016 | LORA | | COLEMAN | |
| 91860 | 7/26/2016 | JAZZMINE | | ROBINSON | |
| 99422 | 7/26/2016 | DEREK | | AHERN | |
| 104760 | 7/26/2016 | LINDSEY | | RUCKER | C/O NAME LINDSEY RUCKER III |
| 106919 | 7/26/2016 | KIERRA | | ROBINSON | |
| 116756 | 7/26/2016 | CHARLES | | PEI | |
| 124093 | 7/21/2016 | SIMONE | | FOSTER | |
| 138365 | 7/21/2016 | GENA | | GRIGISS | |
| 148634 | 7/21/2016 | MATTHEW | | PIEHL | |
| 153248 | 7/26/2016 | DONNA | | SMITH | |
| 164287 | 7/21/2016 | WARENA | | WOODS | |
| 164615 | 7/21/2016 | BIBI | | DAVIS | |
| 176503 | 7/21/2016 | CHRISTOPHER | | PASTER | |
| 191295 | 7/27/2016 | JOSEPH | | WARNER | |
| 224653 | 7/21/2016 | ALLEN | | LEE | |
| 242658 | 7/26/2016 | JUSTIN | | WESSON | |
| 242957 | 7/26/2016 | PHYLICIA | | WILLIAMS | |
| 257510 | 7/27/2016 | DAISY | | GONZALEZ | |
| 273305 | 7/26/2016 | TALIA | | RAMOS | |
| 2000898 | 7/21/2016 | JERRY | | LOFLAND | |
| 2000900 | 7/21/2016 | WILLIE | | FIELDS | |
| 2000901 | 7/21/2016 | JOSE | | PELAYO | |
| 2000902 | 7/21/2016 | MICHELLE | | MAJOR | |
| 2000903 | 7/21/2016 | JAKOB | | GANSCHOW | |
| 2000904 | 7/21/2016 | JOSEPH | | KOLAR | |
| 2000905 | 7/21/2016 | MAYRA | | SANCHEZ | |
| 2000906 | 7/26/2016 | GUIHOUNOU | | GUEDE | |
| 2000907 | 7/26/2016 | RONNESHA | | WOODS | |
| 2000908 | 7/26/2016 | JESSICA | | DEALMEIDA | |
| 2000909 | 7/26/2016 | ANDREW | | MEUNIER | |
| 2000910 | 7/26/2016 | PRISCILLA | | SENA | |
| 2000911 | 7/26/2016 | ELIZABETH | | CONNOLLY | |