# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02612-JLK

LEAH TURNER, ARACELI GUTIERREZ, MARKEITTA FORD,
JOLESSA WADE, DANYA GRANADO, BRETT CHARLES, and
RUBY TSAO

individually and on behalf of others
similarly situated,

Plaintiffs,

v. CHIPOTLE MEXICAN GRILL, INC.,

Defendant.

---

**DECLARATION OF DAVID B. GOTTLIEB IN SUPPORT OF CHIPOTLE MEXICAN GRILL, INC.'S MOTION TO DISMISS THE CLAIMS OF OPT-IN PLAINTIFFS WHO ARE SUBJECT TO CHIPOTLE'S ARBITRATION AGREEMENT**

---

I, DAVID B. GOTTLIEB, declare as follows:

1. I have personal knowledge of the facts described below based upon my own recollection and a review of documents and would competently testify to those facts.

2. I am currently employed by Chipotle Mexican Grill, Inc. ("Chipotle") as its Director, Compliance and Field People Support. I have held this same position since 2014. I was originally hired by Chipotle in April 2010 as the Director, Compliance and Projects. I have general responsibility for ensuring that employees who work in Chipotle's restaurants are hired and paid in full compliance with the law.

3. Chipotle operates fresh Mexican food restaurants serving a focused menu of burritos, tacos, burrito bowls, and salads. Chipotle has more than 2,100 restaurants throughout the United States.

4. Based upon a review of payroll and other Chipotle records, I know the dates, locations, and positions associated with Chipotle's employment of each of the named Plaintiffs. Their backgrounds and employment history are described in paragraphs 5-12 below.

5. **Leah Turner**

Plaintiff Leah Turner ("Plaintiff Turner") is a former Chipotle employee. Plaintiff Turner was hired as a Crew Member at Chipotle's Arapahoe and Parker restaurant located at 6710 S. Cornerstar Way, Unit A, Aurora, Colorado, 80016 on January 13, 2010. Plaintiff Turner was transferred to the Parker location on March 29, 2010 as a Crew Member. Plaintiff Turner worked as a Kitchen Manager from March 29, 2010 to June 20, 2010, a Service Manager from June 21, 2010 to May 22, 2011, and an Apprentice from May 23, 2011 to August 9, 2011. Plaintiff Turner was transferred to the Castle Rock Shoppes location on August 10, 2011 as an Apprentice and was promoted to General Manager on August 15, 2011 and held that position until March 20, 2015.

6. **Araceli Gutierrez**

Plaintiff Araceli Gutierrez ("Plaintiff Gutierrez") was hired as a Crew Member at Chipotle's Santa Ana East restaurant located at 1945 E. 17th Street, Santa Ana, California, 92705 on October 5, 2009 until August 6, 2010. Plaintiff Gutierrez was rehired on April 20, 2012 at the Hillcrest location as a Crew Member and was transferred back to the Santa Ana East location on July 25, 2012. Plaintiff Gutierrez worked as a Kitchen Manager from January 14, 2013 to May 20, 2013, and as a Service Manager from May 20, 2013 to July 25, 2014.

7. **Markeitta Ford**

Plaintiff Markeitta Ford ("Plaintiff Ford") was hired as a Crew Member at Chipotle's East Hanover, New Jersey restaurant located at 360 Rt. 10 West, East Hanover, New Jersey, 07936 on December 17, 2013 and held that position to February 20, 2014.

8. **Jolessa Wade**

Plaintiff Jolessa Wade ("Plaintiff Wade") was hired as a Crew Member at Chipotle's East Hanover, New Jersey restaurant located at 360 Rt. 10 West, East Hanover, New Jersey, 07936 on December 11, 2013 and held that position through February 20, 2014.

9. **Danya Granado**

Plaintiff Danya Granado ("Plaintiff Granado") was hired as a Crew Member at Chipotle's Iliff and Chambers restaurant located at 15280 E. Iliff Avenue, Aurora, Colorado 80014 on June 8, 2013 and held that position to January 2, 2014.

10. **Brett Charles**

Plaintiff Brett Charles ("Plaintiff Charles") was hired as a Crew Member at Chipotle's Gilbert and 202 restaurant located at 3757 South Gilbert Road, Suite 110, Gilbert, Arizona, 85297 on May 31, 2011 to December 15, 2011. Plaintiff Charles was rehired on January 16, 2012 at the Gilbert and 202 location as a Crew Member until April 23, 2013. Plaintiff Charles was rehired again at the Gilbert and 202 location on June 10, 2013 and held that position until September 30, 2013.

11. **Ruby Tsao**

Plaintiff Ruby Tsao ("Plaintiff Tsao") was hired as a Crew Member at Chipotle's Crown Point restaurant located at 18320 Cottonwood Drive, Parker, Colorado, 80138 on May 12, 2013 and held that position until September 21, 2014.

12. Beginning in August 2014, Chipotle implemented an arbitration program applicable to all new hires, including all of the named Plaintiffs and Opt-In Plaintiffs in this case, which requires signatories to arbitrate any employment claims that they have against Chipotle and to do so on an individual basis only. A copy of the English version of Chipotle's Arbitration Agreement is attached hereto as **Exhibit A**. It is made available to all employees in Spanish too.

13. This Arbitration Agreement was in effect until February 2017. It was replaced at that time by a new version, but the new version did not change the scope of claims subject to arbitration or the prohibition against class and collective litigation in arbitration. Further, the process described below for obtaining consent from signatories to the Arbitration Agreement has not materially changed.

14. Effective December 2014, at the time a new employee is hired at Chipotle, they are automatically sent two emails that assign them a unique employee identification number and a unique temporary password that allows them to access Chipotle's Workday on-line system. The unique, temporary password must be changed upon the first time such employee logs in to the Workday system. These login credentials are employee specific and Chipotle maintains strict requirements prohibiting other individuals from using these credentials to complete the onboarding process for another employee.

15. The new employee is able to access a variety of documents through the Workday system including, as is relevant here, Chipotle's Arbitration Agreement. Through Workday, the

employee can electronically review a copy of the Arbitration Agreement or they can print and review the Arbitration Agreement in hard copy.

16. Workday sets forth a "hotline" number that the employee can call if he or she has any questions concerning any aspect of the onboarding process. Similarly, the Employee Handbook, which is also provided to the employee as part of the onboarding process, contains information to be used by the employee to raise any questions he or she may have.

17. The employee is given the option of accepting the terms of the Arbitration Agreement and continuing with their employment with Chipotle, or declining the Arbitration Agreement and ending their employment with Chipotle. If the employee fails to execute the Arbitration Agreement, whether intentionally or accidentally, the onboarding process will not be completed and that individual cannot commence employment with Chipotle.

18. To accept the terms of the Arbitration Agreement, the employee must mark a box stating "I Agree" and click a "Submit" button. Once the employee clicks "Submit," a "receipt," stating the date and time that the employee accessed and electronically signed the Arbitration Agreement, is created in Workday and maintained as part of that employee's electronic file.

19. Attached hereto as **Exhibit B** is a list identifying the following 2,814 persons who filed "Consents" to participate in this action and who executed Chipotle's Arbitration Agreement.

20. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

[Signature Page To Follow]

Executed on October 31, 2017 at Denver, Colorado

_____
DAVID B. GOTTLIEB

Subscribed and sworn to before me this 31st day of October, 2017 by David Gottlieb.

Witness my hand and official seal.

_____
Notary Public

**TRACEY ZASTROW**
**NOTARY PUBLIC**
**STATE OF COLORADO**
**NOTARY ID 20034041256**
**MY COMMISSION EXPIRES DECEMBER 9, 2019**

My commission expires: 12/9/19