**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.        1:14-cv-02612-JLK

LEAH TURNER, ARACELI GUTIERREZ, MARKEITTA FORD,
JOLESSA WADE, DANYA GRANADO, BRETT CHARLES, and
RUBY TSAO

Individually and on behalf of others
similarly situated

    Plaintiffs

v.

CHIPOTLE MEXICAN GRILL, INC.

    Defendant

---

**NOTICE OF APPEAL**

---

Notice is hereby given that Chipotle Mexican Grill, Inc., Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Court's final order captioned "Order Granting Defendant's Motion to Dismiss Opt-In Plaintiffs Bound by Chipotle's Arbitration Agreement" entered in this action on the third day of August, 2018.

Dated: August 15, 2018

    Respectfully Submitted,

    MESSNER REEVES LLP

    *s/ Kendra N. Beckwith*
    John K. Shunk, #16204
    Allison J. Dodd, #43835
    Adam M. Royval, #43836
    Kendra N. Beckwith, #40154
    Thomas R. Blackburn, #41136
    1430 Wynkoop Street, Suite 300
    Denver, Colorado 80202
    Telephone: (303) 623-1800
    E-mail: jshunk@messner.com
    E-mail: adodd@messner.com
    E-mail: aroyval@messner.com
    E-mail: kbeckwith@messner.com
    E-mail: tblackburn@messner.com

    SHEPPARD MULLIN RICHTER & HAMPTON LLP
    Richard J. Simmons
    333 South Hope Street
    Forty-Third Floor
    Los Angeles, CA 90071
    E-mail: rsimmons@sheppardmullin.com

    ***Attorneys for Defendant, Chipotle Mexican Grill, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2018, I electronically filed and served the foregoing **NOTICE OF APPEAL** via the CM/ECF system which will send notification of such filing to all counsel of record listed on CM/ECF system:

**Attorneys for Plaintiffs**

**Adam Seth Levy** (adamslevy@comcast.net)

**Andrew Curry Quisenberry** (andrew.quisenberry@coloradolaw.net)

**Darin Lee Schanker** (dschanker@coloradolaw.net)

**Julie A. Sakura** (jsakura@hinklelawfirm.com)

**Kent Morgan Williams** (williamslawmn@gmail.com)

**Kevin Edward Giebel** (kgiebel@ggwklaw.com)

**Michael Edmund Jacobs** (mjacobs@hinklelawfirm.com)

**Thomas Mark Hnasko** (thnasko@hinklelawfirm.com)

*s/ Jeanine A. Montoya*
Legal Assistant