# **EXHIBIT A**



**WILLIAMS LAW FIRM**

1632 Homestead Trail
Long Lake, MN 55356

(612)940-4452

kent@williamslawfirmmn.com
www.williamslawfirmmn.com

August 13, 2018

Chipotle Mexican Grill, Inc.
1401 Wynkoop Street, Suite 500
Denver, CO 80202
Attn: Tim Spong
Executive Director of Safety, Security, and Risk

Dear Sir:

Each of the fifty persons listed in the attached Exhibit A requests arbitration pursuant to Paragraph 6 of their respective arbitration agreements with Chipotle. Each plaintiff intends to pursue common law and statutory claims, including breach of contract and claims under the Fair Labor Standards Act and applicable state and local government wage and hour laws, for unpaid wages and any other damages or equitable relief to which they are entitled, and attorneys' fees and costs.

Sincerely,

WILLIAMS LAW FIRM

Kent M. Williams

enclosure

cc:     Messner Reeves LLP
        1430 Wynkoop Street, Suite 300
        Denver, CO 80202
        Attn: Bryant S. "Corky" Messner

**EXHIBIT A**

| | Name | Store | Hire Date | Term Date |
|---|---|---|---|---|
| 1. | A REDACTED | REDACTED | REDACTED | REDACTED |
| 2. | A REDACTED | REDACTED | REDACTED | REDACTED |
| 3. | A REDACTED | REDACTED | REDACTED | REDACTED |
| 4. | A REDACTED | REDACTED | REDACTED | REDACTED |
| 5. | B REDACTED | REDACTED | REDACTED | REDACTED |
| 6. | B REDACTED | REDACTED | REDACTED | REDACTED |
| 7. | B REDACTED | REDACTED | REDACTED | REDACTED |
| 8. | C REDACTED | REDACTED | REDACTED | REDACTED |

| | Name | Store | Hire Date | Term Date |
|---|---|---|---|---|
| 9. | CREDACTED | REDACTED | REDACTED | REDACTED |
| 10. | CREDACTED | REDACTED | REDACTED | REDACTED |
| 11. | CREDACTED | REDACTED | REDACTED | REDACTED |
| 12. | DREDACTED | REDACTED | REDACTED | REDACTED |
| 13. | DREDACTED | REDACTED | REDACTED | REDACTED |
| 14. | EREDACTED | REDACTED | REDACTED | REDACTED |
| 15. | FREDACTED | REDACTED | REDACTED | REDACTED |
| 16. | GREDACTED | REDACTED | REDACTED | REDACTED |
| 17. | GREDACTED | REDACTED | REDACTED | REDACTED |

| | Name | Store | Hire Date | Term Date |
|---|---|---|---|---|
| 18. | G REDACTED | REDACTED | REDACTED | REDACTED |
| 19. | G REDACTED | REDACTED | REDACTED | REDACTED |
| 20. | G REDACTED | REDACTED | REDACTED | REDACTED |
| 21. | G REDACTED | REDACTED | REDACTED | REDACTED |
| 22. | G REDACTED | REDACTED | REDACTED | REDACTED |
| 23. | H REDACTED | REDACTED | REDACTED | REDACTED |
| 24. | H REDACTED | REDACTED | REDACTED | REDACTED |
| 25. | H REDACTED | REDACTED | REDACTED | REDACTED |
| 26. | H REDACTED | REDACTED | REDACTED | REDACTED |

| | Name | Store | Hire Date | Term Date |
|---|---|---|---|---|
| 27. | J REDACTED | REDACTED | REDACTED | REDACTED |
| 28. | K REDACTED | REDACTED | REDACTED | REDACTED |
| 29. | L REDACTED | REDACTED | REDACTED | REDACTED |
| 30. | L REDACTED | REDACTED | REDACTED | REDACTED |
| 31. | L REDACTED | REDACTED | REDACTED | REDACTED |
| 32. | M REDACTED | REDACTED | REDACTED | REDACTED |
| 33. | M REDACTED | REDACTED | REDACTED | REDACTED |
| 34. | M REDACTED | REDACTED | REDACTED | REDACTED |
| 35. | M REDACTED | REDACTED | REDACTED | REDACTED |

| | Name | Store | Hire Date | Term Date |
|---|---|---|---|---|
| 36. | M REDACTED | REDACTED | REDACTED | REDACTED |
| 37. | N REDACTED | REDACTED | REDACTED | REDACTED |
| 38. | P REDACTED | REDACTED | REDACTED | REDACTED |
| 39. | R REDACTED | REDACTED | REDACTED | REDACTED |
| 40. | R REDACTED | REDACTED | REDACTED | REDACTED |
| 41. | R REDACTED | REDACTED | REDACTED | REDACTED |
| 42. | R REDACTED | REDACTED | REDACTED | REDACTED |
| 43. | R REDACTED | REDACTED | REDACTED | REDACTED |
| 44. | S REDACTED | REDACTED | REDACTED | REDACTED |

| | Name | Store | Hire Date | Term Date |
|---|---|---|---|---|
| 45. | S REDACTED | REDACTED | REDACTED | REDACTED |
| 46. | S REDACTED | REDACTED | REDACTED | REDACTED |
| 47. | S REDACTED | REDACTED | REDACTED | REDACTED |
| 48. | S REDACTED | REDACTED | REDACTED | REDACTED |
| 49. | S REDACTED | REDACTED | REDACTED | REDACTED |
| 50. | W REDACTED | REDACTED | REDACTED | REDACTED |