**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:14-cv-02612-JLK

LEAH TURNER, ARACELI GUTIERREZ, MARKEITTA FORD,
JOLESSA WADE, DANYA GRANADO, BRETT CHARLES, and
RUBY TSAO, individually and on behalf of others similarly situated,

    Plaintiffs,

v.

CHIPOTLE MEXICAN GRILL, INC.,

    Defendant.

---

**ORDER GRANTING CHIPOTLE'S MOTION TO STAY ORDER GRANTING DEFENDANT'S MOTION TO DISMISS OPT-IN PLAINTIFFS BOUND BY CHIPOTLE'S ARBITRATION AGREEMENT ECF No. 187 (ECF NO. 198)**

---

**Kane, J.**

The Court having reviewed Defendant Chipotle Mexican Grill, Inc.'s Motion to Stay Order Granting Defendant's Motion to Dismiss Opt-In Plaintiffs Bound by Chipotle's Arbitration Agreement, the response and the reply thereto, the authorities cited therein, and being fully advised on the premises, hereby

GRANTS the motion (ECF No. 198). The Court's August 3, 2018 Order is hereby STAYED pending resolution of Chipotle's appeal in this matter. The Arbitration Opt-Ins shall not file any arbitrations concerning their claims asserted in this lawsuit until after the appellate proceedings are concluded, nor do I expect there will be any further proceedings in this Court concerning the Arbitration Opt-Ins. Further, the statute of

limitations as to the Arbitration Opt-Ins' claims asserted in this lawsuit are hereby tolled, to the extent they have not already run, from August 3, 2018 until thirty days after the case is remanded to this Court and notice is sent to the Arbitration Opt-Ins advising them of the outcome of the appellate proceedings.

Dated:  September 4, 2018

_____
JOHN L. KANE
SENIOR U. S. DISTRICT JUDGE