# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.     1:14-cv-02612-JLK

LEAH TURNER, ARACELI GUTIERREZ, MARKEITTA FORD, JOLESSA WADE, DANYA GRANADO, BRETT CHARLES, and RUBY TSAO

Individually and on behalf of others similarly situated

    Plaintiffs

v.

CHIPOTLE MEXICAN GRILL, INC.

    Defendant

---

**MOTION FOR FOUR-DAY EXTENSION OF TIME TO FILE REPLIES IN SUPPORT OF ITS MOTION FOR ENTRY OF JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b) (DKT. 205) AND MOTION TO REINSTATE STAY AND DEFER RULING ON NOTICE TO ARBITRATION OPT-INS UNTIL RESOLUTION OF PENDING RULE 54(b) MOTION (DKT. 206)**

---

Defendant Chipotle Mexican Grill, Inc. ("Chipotle"), through its undersigned counsel, respectfully requests that this Court grant it a four-day extension of time, up to and including November 2, 2018, in which to file replies in support of its Motion for Entry of Judgment Pursuant to Fed. R. Civ. P. 54(b) and Motion to Reinstate Stay and Defer Ruling on Notice to Arbitration Opt-Ins until Resolution of Pending Rule 54(b) Motion. In support of this request, Chipotle states as follows:

## CERTIFICATE OF CONFERRAL

In compliance with D.C.COLO.LCivR 7.1 and subsection B of the General Practices and Procedures for this Court, Chipotle's counsel conferred in good faith with Plaintiffs' counsel (Kent Williams, Drew Quisenberry, and Michael Jacobs) via email in the afternoon of October 25, 2018 and in follow-up voicemails to Messrs. Williams and Quisenberry the next day. Mr. Jacobs responded via email on October 26, indicating that Plaintiffs oppose the requested relief.

## ARGUMENT

1. On October 12, 2018, Chipotle filed a Motion for Entry of Judgment Pursuant to Fed. R. Civ. P. 54(b), (*see* Dkt. 202) and a Motion to Reinstate Stay [Dkt. 198] and Defer Ruling on Notice to Arbitration Opt-Ins [Dkts. 196 & 197] Until Resolution of Pending Rule 54(b) Motion. (*See* Dkt. 203.)

2. This Court subsequently ordered Plaintiffs to respond by October 23, 2018 and Chipotle to reply by October 29, 2018. (*See* Dkt. 204.)

3. Plaintiffs filed their responses late in the evening on October 23, 2018. (*See* Dkts. 205, 206.) Chipotle now seeks a four-day extension of time, up to and including November 2, 2018, in which to file its replies.

4. This Court has discretion to extend the time in which Chipotle must reply. Fed. R. Civ. P. 6(b)(1). Because Chipotle moves for an extension in advance of the due date, the less stringent standard applies for granting an extension. Fed. R. Civ. P. 6(b)(1)(A). "Good cause, necessary for an extension of time under rule 6(b)(1)(A), generally means a substantial reason amounting in law to a legal excuse for failing to

perform an act required by law. Showing good cause is not a particularly demanding requirement." *Abraham v. WPX Energy Prod., LLC*, Civ. Act. No. 120-0917, 2013 WL 5934415, *5 (D.N.M. Oct. 21, 2013) (internal citations and quotations omitted). Moreover, "district courts should normally grant extension requests, made before the deadline, in the absence of bad faith by the requesting party or prejudice to another party." *Rachel v. Troutt*, 820 F.3d 390, 394 (10th Cir. 2016) (explaining that extensions of time should be liberally granted). Good cause exists here to grant the requested extension.

5. Undersigned counsel, the lead attorney on Chipotle's motions, requires additional time in which to respond to Plaintiffs' collective forty-three pages of briefing on these motions. Plaintiffs' responses were filed late in the evening on October 23, and undersigned counsel was engaged completing an appellate judicial review reply brief in the matter captioned *Fontanari v. Colorado Mined Land Reclamation Board, et al.*, Mesa County District Court Case No. 2017CV30391, through midday on October 25, 2018. While she has been diligently reviewing Plaintiffs' responses, the additional time is reasonably necessary for undersigned counsel to analyze and adequately respond to them in a manner that is useful to this Court's resolution of its pending motions.

6. Chipotle anticipates that Plaintiffs will argue that the minimal, four-day requested extension prejudices them. Chipotle respectfully disagrees. Chipotle acknowledges the Court's already-shortened briefing schedule likely reflects its intent to resolve these outstanding motions on an expedited schedule. However, providing Chipotle six (rather than the presumptive fourteen) days in which to respond prejudices Chipotle's ability to meaningfully respond. Accordingly, the requested, minimal four-day extension

strikes the appropriate balance between the parties' competing interests and this Court's desire for expeditious resolution of the motions.

WHEREFORE, for the reasons set forth above, Chipotle respectfully requests that this Court grant it a four-day extension, up to and including November 2, 2018, in which to file its replies in support of its Motion for Entry of Judgment Pursuant to Fed. R. Civ. P. 54(b), and its Motion to Reinstate Stay [Dkt. 198] and Defer Ruling on Notice to Arbitration Opt-Ins [Dkts. 196 & 197] Until Resolution of Pending Rule 54(b) Motion.

Dated: October 26, 2018

Respectfully Submitted,

MESSNER REEVES LLP

*s/ Kendra N. Beckwith*
John K. Shunk, #16204
Allison J. Dodd, #43835
Adam M. Royval, #43836
Kendra N. Beckwith, #40154
Thomas R. Blackburn, #41136
1430 Wynkoop Street, Suite 300
Denver, Colorado 80202
Telephone:  (303) 623-1800
E-mail: jshunk@messner.com
E-mail: adodd@messner.com
E-mail: aroyval@messner.com
E-mail: kbeckwith@messner.com
E-mail: tblackburn@messner.com

SHEPPARD MULLIN RICHTER & HAMPTON LLP
Richard J. Simmons
333 South Hope Street
Forty-Third Floor
Los Angeles, CA  90071
rsimmons@sheppardmullin.com

*Attorneys for Defendant Chipotle Mexican Grill, Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 26, 2018 I electronically filed and served the foregoing **MOTION FOR FOUR-DAY EXTENSION OF TIME TO FILE REPLIES IN SUPPORT OF ITS MOTION FOR ENTRY OF JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b) (DKT. 205) AND MOTION TO REINSTATE STAY AND DEFER RULING ON NOTICE TO ARBITRATION OPT-INS UNTIL RESOLUTION OF PENDING RULE 54(b) MOTION (DKT. 206)** via the CM/ECF system which will send notification of such filing to all counsel of record listed on CM/ECF system:

**Attorneys for Plaintiffs**

**Adam Seth Levy** (adamslevy@comcast.net)

**Andrew Curry Quisenberry** (andrew.quisenberry@coloradolaw.net)

**Darin Lee Schanker** (dschanker@coloradolaw.net)

**Julie A. Sakura** (jsakura@hinklelawfirm.com)

**Kent Morgan Williams** (williamslawmn@gmail.com)

**Kevin Edward Giebel** (kgiebel@ggwklaw.com)

**Michael Edmund Jacobs** (mjacobs@hinklelawfirm.com)

**Thomas Mark Hnasko** (thnasko@hinklelawfirm.com)

*s/ Kendra N. Beckwith*