**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.     1:14-cv-02612-JLK

LEAH TURNER, ARACELI GUTIERREZ, MARKEITTA FORD,
JOLESSA WADE, DANYA GRANADO, BRETT CHARLES, and
RUBY TSAO

Individually and on behalf of others
similarly situated,

    Plaintiffs,

v.

CHIPOTLE MEXICAN GRILL, INC.,

    Defendant.

## SUPPLEMENTAL RECORD SUPPORT

Defendant Chipotle Mexican Grill, Inc. (Chipotle), through its undersigned counsel, respectfully states as follows to supplement the record in relation to its Motion to Reinstate Stay and Defer Ruling on Notice to Arbitration Opt-Ins Until Resolution of Pending Rule 54(b) Motion:

## INTRODUCTION

To protect its appellate rights and avoid irreparable harm, Chipotle has requested a stay of this Court's August 3 Order pending this Court's ruling on Chipotle's Motion for Entry of Judgment Pursuant to Fed. R. Civ. P. 54(b) and any subsequent appeals. (Dkt. 198 at 6-9; Dkt. 209 at 17-19.) Specifically, Chipotle has shown that it has no way of undoing

an arbitration once it occurs because no mechanism exists by which an arbitration may be unwound. (Dkt. 198 at 7.) Chipotle has also shown that the time in which it could even attempt to do so will likely expire before any final ruling on the merits occurs here. (*Id*.) Thus, Chipotle explained, the harm is imminent: if the arbitrations were to go forward, Chipotle's appellate rights would likely be mooted. (*Id*. at 8.)

That prophesized harm has now come to fruition. The arbitrations are going forward, causing immediate harm to Chipotle and threatening its appellate rights, thereby increasing the urgent need for this Court to reinstate its stay of the August 3 Order.

## **SUPPLEMENTAL FACTS**

Shortly after this Court's August 3 Order, Plaintiff's counsel Kent Williams initiated arbitration on behalf of fifty Arbitration Opt-Ins through JAMS. (Dkt. 198 at 4.) At Chipotle's request, following this Court's September 4 order expressly prohibiting the Arbitration Opt-Ins from filing any arbitrations until after appellate proceedings, JAMS stayed the fifty arbitrations pending resolution of Chipotle's appeal. (*See* JAMS 10/1/18 letter, attached as Exhibit A.)

But on November 2, in response to this Court lifting its September 4 stay order, JAMS lifted its stay order and allowed the fifty arbitrations to proceed. (*See* JAMS 11/2/18 letter, attached as Exhibit B.) Subsequently, Plaintiff's counsel initiated arbitration on behalf of an additional claimant. (*See* JAMS 11/9/18 letter, attached as Exhibit C.)

Accordingly, Chipotle respectfully requests that this Court consider the preceding supplemental information in ruling upon Chipotle's Motion to Reinstate Stay and Defer Ruling on Notice to Arbitration Opt-Ins Until Resolution of Pending Rule 54(b) Motion.

Dated: November 14, 2018

Respectfully Submitted,

MESSNER REEVES LLP

*s/ Kendra N. Beckwith*
John K. Shunk, #16204
Allison J. Dodd, #43835
Adam M. Royval, #43836
Kendra N. Beckwith, #40154
Thomas R. Blackburn, #41136
1430 Wynkoop Street, Suite 300
Denver, Colorado 80202
Telephone:  (303) 623-1800
E-mail: jshunk@messner.com
E-mail: adodd@messner.com
E-mail: aroyval@messner.com
E-mail: kbeckwith@messner.com
E-mail: tblackburn@messner.com

SHEPPARD MULLIN RICHTER & HAMPTON LLP
Richard J. Simmons
333 South Hope Street
Forty-Third Floor
Los Angeles, California  90071
rsimmons@sheppardmullin.com

*Attorneys for Defendant, Chipotle Mexican Grill, Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on November 14, 2018, I electronically filed and served the foregoing **SUPPLEMENTAL RECORD SUPPORT** via the CM/ECF system, which will send notification of such filing to all counsel of record:

**Adam Seth Levy** (adamslevy@comcast.net)

**Andrew Curry Quisenberry** (andrew.quisenberry@coloradolaw.net)

**Darin Lee Schanker** (dschanker@coloradolaw.net)

**Julie A. Sakura** (jsakura@hinklelawfirm.com)

**Kent Morgan Williams** (williamslawmn@gmail.com)

**Kevin Edward Giebel** (kgiebel@ggwklaw.com)

**Michael Edmund Jacobs** (mjacobs@hinklelawfirm.com)

**Thomas Mark Hnasko** (thnasko@hinklelawfirm.com)

                *s/ Kendra N. Beckwith*
                Kendra N. Beckwith