**Exhibit A**



October 1, 2018

Kent M. Williams Esq.  
Williams Law Firm  
1632 Homestead Trail  
Long Lake, MN   55356

John K. Shunk Esq.  
Kristina M. Wright Esq.  
Ms. Kendra N. Beckwith  
Messner Reeves, LLP  
1430 Wynkoop St.  
Suite 300  
Denver, CO   80202

RE:     **50 Individual Arbitrations Filed Against Chipotle Mexican Grill, Inc.**

Dear Parties:

JAMS is in receipt of the parties correspondence relating to the fifty arbitrations filed at JAMS. Pursuant to District of Colorado's September 4, 2018 Order granting Chipotle's motion to stay the arbitrations until after the appellate proceedings are concluded, JAMS shall stay the arbitrations pending the resolution of the appeal in this matter.

Once the stay is lifted by the Court, the arbitrators appointed in the above-referenced arbitrations will hear any motions to dismiss.

Sincerely,

*Elizabeth Carter*

Elizabeth Carter  
Vice President, East Central

## PROOF OF SERVICE BY EMAIL & U.S. MAIL

Re: 50 Individual Arbitrations Filed Against Chipotle Mexican Grill, Inc.

I, Kristen Maccubbin, not a party to the within action, hereby declare that on October 1, 2018, I served the attached Notice regarding Motion to Dismiss on the parties in the within action by Email and by depositing true copies thereof enclosed in sealed envelopes with postage thereon fully prepaid, in the United States Mail, at New York, NEW YORK, addressed as follows:

Kent M. Williams Esq.
Williams Law Firm
1632 Homestead Trail
Long Lake, MN  55356
Phone: 763-473-1383
williamslawmn@gmail.com
   Parties Represented:
   Alexis Schmidt

John K. Shunk Esq.
Kristina M. Wright Esq.
Ms. Kendra N. Beckwith
Messner Reeves, LLP
1430 Wynkoop St.
Suite 300
Denver, CO  80202
Phone: 303-623-1800
jshunk@messner.com
kwright@messner.com
kbeckwith@messner.com
   Parties Represented:
   Chipotle Mexican Grill, Inc.

I declare under penalty of perjury the foregoing to be true and correct. Executed at New York, NEW YORK on October 1, 2018.

_[signature]_

Kristen Maccubbin
kmaccubbin@jamsadr.com