**Exhibit B**



## NOTICE TO ALL PARTIES

NOTICE TO ALL PARTIES                                    November 2, 2018

### Re:     50 Individual Arbitrations Filed Against Chipotle Mexican Grill, Inc.

Dear Parties:

JAMS is in receipt of the parties correspondence relating to the stay on the fifty arbitrations filed against Chipotle.   In light of the Tenth Circuit's Order dated October 01, 2018 dismissing Chipotle's appeal for lack of jurisdiction and therefore lifting the stay order on these arbitrations, JAMS accordingly hereby lifts the stay on the fifty arbitrations filed against Chipotle.  JAMS will proceed with the administration of these arbitrations.

Sincerely,

Elizabeth Carter, Esq
Vice President, East/Central Region
ecarter@jamsadr.com

## **PROOF OF SERVICE BY EMAIL & U.S. MAIL**

Re: 50 Individual Arbitrations Filed Against Chipotle Mexican Grill, Inc.

I, Alicia Jantsch, not a party to the within action, hereby declare that on  November 2, 2018, I served the attached notice on the parties in the within action by Email and by depositing true copies thereof enclosed in sealed envelopes with postage thereon fully prepaid, in the United States Mail, at New York, NEW YORK, addressed as follows:

Kent M. Williams Esq.
Williams Law Firm
1632 Homestead Trail
Long Lake, MN   55356
Phone: 763-473-1383
williamslawmn@gmail.com
   Parties Represented:
   Shanya Hopkins

John K. Shunk Esq.
Kristina M. Wright Esq.
Ms. Kendra N. Beckwith
Messner Reeves, LLP
1430 Wynkoop St.
Suite 300
Denver, CO   80202
Phone: 303-623-1800
jshunk@messner.com
kwright@messner.com
kbeckwith@messner.com
   Parties Represented:
   Chipotle Mexican Grill, Inc.

Mr. Thomas R. Blackburn
Messner Reeves, LLP
1430 Wynkoop St.
Suite 300
Denver, CO   80202
Phone: 303-623-1800
tblackburn@messner.com
   Parties Represented:
   Chipotle Mexican Grill, Inc.

I declare under penalty of perjury the foregoing to be true and correct. Executed at New York, NEW YORK on  November 2, 2018.

Alicia Jantsch
ajantsch@jamsadr.com