**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:14-cv-02612-JLK

LEAH TURNER, ARACELI GUTIERREZ, MARKEITTA FORD, JOLESSA WADE, DANYA GRANADO, BRETT CHARLES, AND RUBY TSAO Individually and On Behalf of All Others Similarly Situated,

    Plaintiffs,

v.

CHIPOTLE MEXICAN GRILL, INC.,

    Defendants.

---

### THOMAS R. BLACKBURN'S <u>UNOPPOSED</u> MOTION REQUESTING WITHDRAWAL AS ATTORNEY OF RECORD

Defendants conferred in good faith with Plaintiff's counsel as is required by D.C.COLO.LCivR 7.1, and has been informed that Plaintiff does not object to the relief requested herein.

Pursuant to D D.C.COLO.LAttyR 5, Thomas R. Blackburn, counsel for Defendant Chipotle Mexican Grill, Inc., ("Defendant"), respectfully requests that the Court enter an order permitting Thomas R. Blackburn to withdraw as counsel of record for Defendant for the following reasons:

    1.    Mr. Blackburn is leaving private practice to take an in-house position with BP North America. Mr. Blackburn will have no further involvement in this case.

    2.    Plaintiffs consent to Mr. Blackburn's withdrawal.

3. Defendant will continue to be represented by Richard Simmons of Sheppard Mullin Richter & Hampton, LLP, and John Shunk, Kendra Beckwith, Allison Dodd, and Adam Royval of Messner Reeves LLP.

3. The withdrawal of Thomas R. Blackburn will not delay any aspect of this litigation or result in prejudice to any party.

WHEREFORE, Thomas R. Blackburn respectfully requests that this Court allow Mr. Blackburn to withdraw as attorney of record for Defendant.

Respectfully submitted this November 30, 2019.

*/s/ Thomas R. Blackburn*
John K. Shunk, #16204
Allison J. Dodd, #43835
Adam M. Royval, #43836
Kendra N. Beckwith, #40154
Thomas R. Blackburn, #41136
1430 Wynkoop Street, Suite 300
Denver, Colorado 80202
Telephone: (303) 623-1800
E-mail: jshunk@messner.com
E-mail: adodd@messner.com
E-mail: aroyval@messner.com
E-mail: kbeckwith@messner.com
E-mail: tblackburn@messner.com

Richard J. Simmons (pro have vice)
SHEPPARD MULLING RICHTER & HAMPTON, LLP
333 South Hope Street
Forty-Third Floor
Los Angeles, CA 90071
rsimmons@sheppard_mullin.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of November, 2018, a true and correct copy of the foregoing **THOMAS R. BLACKBURN'S <u>UNOPPOSED</u> MOTION REQUESTING WITHDRAWAL AS ATTORNEY OF RECORD** was filed and served electronically via CM/ECF and addressed to:

**Adam Seth Levy** (adamslevy@comcast.net)

**Andrew Curry Quisenberry** (andrew.quisenberry@coloradolaw.net)

**Darin Lee Schanker** (dschanker@coloradolaw.net)

**Julie A. Sakura** (jsakura@hinklelawfirm.com)

**Kent Morgan Williams** (williamslawmn@gmail.com)

**Kevin Edward Giebel** (kgiebel@ggwklaw.com)

**Michael Edmund Jacobs** (mjacobs@hinklelawfirm.com)

**Thomas Mark Hnasko** (thnasko@hinklelawfirm.com)

**Counsel for Plaintiffs**

*/s/ Noelle Grubbs*